# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MEGAN L. PRIM, | : |
| Plaintiff, | : |
| vs. | :     CA 18-0250-MU |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | : |
| Defendant. | : |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 12th day of February, 2019.

   s/P. Bradley Murray
**UNITED STATES MAGISTRATE JUDGE**